# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re

Kenyatta L. Huddleston,
        Debtor.

) Case No: 22-14311
) Chapter: 13
) Judge: Hon. Janet S. Baer

## NOTICE OF MOTION

**TO: See attached service list**

PLEASE TAKE NOTICE that on **June 16, 2023** at **9:30 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 **or** electronically as described below, and present the motion of Toyota Motor Credit Corporation ("Movant"), to Modify the Automatic Stay, a copy which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode**.**

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (**2**) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant

3524-N-6559

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice and the attached motion was served on each entity shown on the attached list at the address shown and by the method indicated on the list on <u>May 26, 2023</u>.

        Respectfully Submitted

        /s/ Wesley T. Kozeny
        Wesley T. Kozeny

### Service List:

**Debtor's Attorney**     *via Electronic Notice via CM/ECF*
David Freydin
Law Offices Of David Freydin Ltd
8707 Skokie Blvd Suite 312
Skokie, IL  60077

**Chapter 13 Trustee**     *via Electronic Notice via CM/ECF*
Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532

**US Trustee**     *via Electronic Notice via CM/ECF*
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

**Debtor**     *via U.S. Mail*
Kenyatta L. Huddleston
8039 Janes Ave, Apt G
Woodridge, IL 60517

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) |
| | ) Case No: 22-14311 |
| Kenyatta L. Huddleston, | ) |
| Debtor(s). | ) Chapter: 13 |
| | ) |
| | ) Judge: Hon. Janet S. Baer |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW Toyota Motor Credit Corporation, its subsidiaries, affiliates, predecessors in interest, successors and/or assigns ("Movant"), through the undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014, and states as follows in support of its Motion herein:

***REQUIRED STATEMENT (Form G-4) IS ANNEXED HERETO AND FILED HEREWITH AS REQUIRED BY LOCAL RULE 4001-1***

1. On December 12, 2022, the Debtor, above-named, filed a voluntary petition in Bankruptcy under Title 11, Chapter 13, U.S.C., in the United States Bankruptcy Court, for the Northern District of Illinois.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334 and applicable local rules. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). Venue is proper in this District under 28 U.S.C. Section 1409(a).

3. The Debtor, Kenyatta L. Huddleston, ("Obligor(s)") is indebted to Movant pursuant to a Retail Installment Contract (the "Debt Obligation"). A copy of the Debt Obligation is attached hereto and incorporated herein as <u>Exhibit A</u>. Movant is entitled to enforce the Debt Obligation.

4. As security for repayment of the Debt Obligation the Obligor(s) have pledged certain collateral described as <u>2017 OTHER ACURA, VIN:</u>

5J8YD4H5XHL000971 ("Collateral"). A copy of the proof of perfection of Movant's interest is in the Collateral ("Security Interest") is attached hereto and incorporated herein as Exhibit B.

5. All rights and remedies under the Debt Obligation and Security Interest have been assigned to the Movant.

6. As of May 25, 2023, the outstanding indebtedness owed to Movant less any partial payments or suspense balance is $27,392.92.

7. As of May 25, 2023, the value of the Collateral is $25,525.00. The basis for this value is the J.D. Power estimate of value attached hereto as Exhibit C.

8. The following chart sets forth the number and amount of contractual payments due pursuant to the terms of the Debt Obligation and proposed or confirmed Plan that have been missed by the Debtor as of May 25, 2023:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 1 | 03/16/2023 | 03/16/2023 | $613.08 | $613.08 |
| 2 | 04/16/2023 | 05/16/2023 | $616.77 | $1,233.54 |
| | | | Total: | $1,846.62 |

Movant's pay log is attached hereto as Exhibit D.

9. The address to which payments are to be made to Servicer as agent for Movant is:

> Toyota Motor Credit Corporation
> P.O. Box 9490
> Cedar Rapids, Iowa 52409-9490

10. Cause exists for relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

> a. 11 U.S.C. §362(d)(1) - For cause in that payments required to be made by Obligors to Movant are not being made as required by the

3524-N-6559

     Debt Obligation and the terms of the proposed and/or confirmed Plan.

  b. <u>11 U.S.C. §362(d)(2)(A) & (B)</u> - Debtor enjoys no equity in the Collateral and the Collateral is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order:

  1. Terminating or modifying the stay imposed by 11 U.S.C. 362(a) allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies in and to the Collateral.

  2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

  3. For such other relief as the Court deems proper.

Dated: <u>May 26, 2023</u>

            BONIAL & ASSOCIATES, P.C.

            /s/ Wesley T. Kozeny
            Wesley T. Kozeny / # 6199471
            12400 Olive Blvd, Suite 555
            St. Louis, Missouri 63141
            Phone: (314) 991-0255
            Fax: (314) 991-6755
            ILBK@BonialPC.com
            Attorney for Toyota Motor Credit Corporation

Form G-4

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor(s)  Kenyatta L. Huddleston          Case No.  22-14311     Chapter  13

Moving Creditor  Toyota Motor Credit Corporation          Date Case Filed  12/12/2022

Nature of Relief Sought    ☑ Lift Stay    ☐ Annual Stay    ☐ Other (describe) _____

Date of Confirmation Hearing    03/17/2023    or    Date Plan Confirmed    03/31/2023

1. Collateral
   a. ☐ Home
   b. ☑ Car    Year, Make Model    2017 OTHER   ACURA, VIN: 5J8YD4H5XHL000971
   c. ☐ Other (describe) _____

2. Balance Owed as of 5/26/2023    $27,392.92
   Total of all other Liens against Collateral _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)    $25,525.00

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount: _____
   
   b. ☑ Post-Petition Default
      Number of months _____    Amount: _____
      
      i.  ☑ On direct payments to the moving creditor
          Number of months   3     Amount:  $1,846.62
      
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount: _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount _____
      iii. ☑ Rapidly depreciating asset
      iv.  ☐ Other (describe): _____
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe): _____
   
   d. Debtor's Statement of Intention regarding the Collateral
      1. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:    May 26, 2023                    /s/ Wesley T. Kozeny
                                         Counsel for Movant

3524-N-6559

**Form G5** (20200113_bko)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No: 22-14311 |
| | ) |
| Kenyatta L. Huddleston, | ) Chapter: 13 |
| | ) |
| Debtor(s) | ) Hon. Janet S. Baer |

## ORDER GRANTING MOTION
## TO MODIFY THE AUTOMATIC STAY

This case coming before the court on the motion of Nissan Motor Acceptance Corporation to modify the automatic stay, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit Nissan Motor Acceptance Corporation to exercise its in rem rights under non-bankruptcy law against the debtor's property described as 2017 OTHER   ACURA, VIN: 5J8YD4H5XHL000971 .

2. Rule 4001(a)(3) does not apply to this order.

Enter: _____
Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:

**Prepared by:**
BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / #6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com

3524-N-6559

# RETAIL INSTALLMENT CONTRACT-SIMPLE INTEREST
## TOYOTA

**Buyer and Co-Buyer Name(s) and Address(es) (Include County and Zip Code):**
KENYATTA HUDDLESTON
1533 BAYTREE DR
ROMEOVILLE, IL 60446-4984
WILL COUNTY

**Creditor Name and Business Address:**
ADVANTAGE TOYOTA OF RIVER OAKS
1970 RIVER OAKS DR
CALUMET CITY, IL 60409

**Dealer Number:** 
**Account Number:** 

**Meaning of Words.** In this contract, the words "you", "your" and "yours" refer to the Buyer and Co-Buyer, if any. The word "Creditor" refers to the Creditor (Seller) named above and, after assignment to Toyota Motor Credit Corporation ("TMCC") and any subsequent assignee.

**How You Are Bound.** You may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price". The credit price is shown below as "Total Sale Price". By signing this contract, you choose to buy the vehicle on credit under the terms on the front and reverse of this contract and you are individually liable to the Creditor for any amount due.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New/Used (or Demo) | Year | Make | Model | Body Type | Vehicle Identification No. | Odometer Miles | Primary Purpose |
|---|---|---|---|---|---|---|---|
| USED | 2017 | ACURA | MDX TECH | WAGON 4 | 5J8YD4H5XHL000971 | 39879 | ☒ Personal, Family or Household<br>☐ Business or Commercial<br>☐ Agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down-payment of $ 1000.00 |
|---|---|---|---|---|
| 10.84 % | $ 12008.63 | $ 32398.81 | $ 44407.44 | $ 45407.44 |

**Your Payment Schedule Will Be:**

| Number of Payments: | Amount of Each Payment: | When Payments Are Due: |
|---|---|---|
| 72 Regular Payments of | 616.77 | Monthly, beginning 03/16/2021 |
| One Final Payment of | NA | 02/16/2027 |

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security.** You are giving a security interest in the vehicle being purchased.
**Other Terms.** Please read this contract, including the reverse side, for additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and penalties.

## ITEMIZATION OF THE AMOUNT FINANCED

1. Cash Price (including any accessories, services and taxes) ............................ $ 30370.21 (1)
2. Downpayment
   - A Trade-in Vehicle: NA
     - Year / Make / Model
     - Gross Trade-in Value $ NA
   - B Payoff of Existing Lien or Lease Balance on Trade-in Vehicle $ NA
   - C Net Trade-in Value (A-B) (indicate if negative number) $ NA
   - D Cash Downpayment $ 1000.00
   - E Rebates and Non-Cash Incentives $ NA
   - F Subtotal (C + D + E) $ 1000.00
   - G TOTAL DOWNPAYMENT (If Subtotal is negative, Total Downpayment is $0.00) $ 1000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 29370.21 (3)
4. A Amounts Paid to Others on Your Behalf (the Creditor, holder, or any of its affiliates may retain or receive a portion of these amounts):
   - (i) Price of Optional Credit Insurance Purchased from the Insurance Company or Companies Named Below –
     - Life $ NA   Disability, Accident and Health $ NA   $ NA
   - (ii) Price of Optional Mechanical Breakdown Protection or Service Contract Purchased from the Creditor –
     - Covering Certain Mechanical Repairs   TOYOTA   $ 2000.00
   - (iii) Price of Optional Debt Cancellation Coverage or Guaranteed Auto Protection ("GAP") Purchased from the GAP Provider
     Named Below – Covering a Waiver of Deficiency upon Total Loss of Vehicle After Receipt of GAP Payment   $ 399.00
   - (iv) Documentary Fee Paid to the Creditor   $ 303.60
   - (v) Other Charges (Creditor must identify who will receive payment and describe purpose)
     - TO NA   FOR NA   $ NA
     - TO NA   FOR NA   $ NA
     - TO NA   FOR NA   $ NA
     - TO CVR/SELLER   FOR Optional ERT Fee   $ 25.00
     - TO   FOR   $ NA
   - B Other Amounts Paid to Others on Your Behalf
     - (i) Official Fees Paid to Public Officials   $ NA
     - (ii) Taxes Paid to Government Agencies (Not Included in Cash Price)   $ NA
     - (iii) Government License Fees   $ 151.00
     - (iv) Government Registration Fees   $ NA
     - (v) Government Certificate of Title Fees   $ 150.00
   Total Amounts Paid to Others on Your Behalf   $ 3028.60 (4)
5. Amount Financed – Unpaid Balance (3 plus 4)   $ 32398.81 (5)

**Required Physical Damage Insurance.** Physical damage insurance is required, but you may provide the required insurance coverage through an existing policy of insurance owned or controlled by you or through anyone you want who is reasonably acceptable to the Creditor. If you buy it through the Creditor and are accepted by the insurance company, the policies or certificates issued by the insurance company will describe the terms and conditions. The purchase price of this insurance is not financed as part of this contract. If purchased through the Creditor, the following will apply.
Premium $ NA   Insurance Company NA   Term:   months.
☐ $   Deductible Collision AND ☐ $   Deductible Other than Collision, including Fire, Theft and Combined Additional Coverage.

**Optional Credit Insurance.** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the purchase price, which is shown below and in 4A(i) of the itemization above.
**APPROVAL: YOU WANT TO OBTAIN THE OPTIONAL CREDIT INSURANCE DESCRIBED BELOW AND FOR WHICH YOU HAVE SEPARATELY SIGNED.**

| Type | Premium | Term (months) | Signature(s) | | | | |
|---|---|---|---|---|---|---|---|
| Credit Life | ☐ Single Coverage (Buyer Only) $ NA<br>☐ Joint Coverage $ | | You want the specified credit life coverage. | Buyer Signature NA | Date | Co-Buyer Signature NA | Date |
| Credit Disability | Single Coverage (Buyer Only) $ NA | | You want the specified credit disability coverage. | Buyer Signature NA | Date | | |

If you elect optional credit insurance coverage and are accepted by the insurance company, the terms and conditions will be as described in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ _____. Credit disability insurance payments will equal the monthly payment amount but will not be more than $ _____ Insurance Company _____.

You, the buyer, may cancel Credit Life or Credit Disability Insurance and receive a refund of the entire premium subject to the following conditions: (i) All Buyers must join in the request; (ii) The request must be in writing; (iii) The request must be made within 15 days of the date that you receive your insurance policy. In the event of cancellation, as outlined above, the insurance will be completely void.

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

**Optional Debt Cancellation Contract or Guaranteed Auto Protection ("GAP").** GAP is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase GAP under this contract by signing below and agreeing to pay the purchase price to the Creditor, which is shown in 4A(iii) of the itemization above. If you elect this optional GAP coverage, the terms and conditions will be as described in the GAP agreement issued by that provider.
GAP Provider: UNIVERSAL WARRANTY CORP
**APPROVAL: YOU WANT TO OBTAIN THE GUARANTEED AUTO PROTECTION DESCRIBED ABOVE.**

| _(signature)_ | 01/30/2021 | NA | NA |
|---|---|---|---|
| BUYER SIGNATURE | Date | CO-BUYER SIGNATURE | Date |

**THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIATED WITH THE CREDITOR. THE CREDITOR MAY ASSIGN THIS CONTRACT AND RETAIN ITS RIGHT TO RECEIVE A PART OF THE FINANCE CHARGE.**

**FOR USED VEHICLES ONLY:** Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, real axle and all real axle internal parts, and real wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.
Attention consumer: sign here only if the seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:
1. NA
2. NA
3. NA

| NA | | NA | |
|---|---|---|---|
| Buyer Signature | Date | Co-Buyer Signature | Date |

**Receipt of Goods and Promise to Pay.** You agree that you have received the vehicle and services described above, and have accepted delivery of the vehicle in good condition. You promise to pay to the Creditor the Total Sale Price shown above by making the Total Downpayment and paying the Creditor the Total of Payments in accordance with the Payment Schedule shown above and all other amounts due under this contract.

**DOCUMENTARY FEE:** A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2008, WAS $150. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $150 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

**IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW:**

**NOTICE TO THE BUYER:** 1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due.

You signed this contract and received a completely filled-in copy on   January   30   , 2021 Year

## RETAIL INSTALLMENT CONTRACT

| _(signature)_ | NA |
|---|---|
| Buyer Signature | Co-Buyer Signature |

Co-Buyer acknowledges and agrees to be primarily obligated under this contract. By signing above, Co-Buyer hereby certifies that: 1) you have received the vehicle; or 2) you are a parent or spouse of the Buyer; or 3) you are to be listed as an owner of the Vehicle on the Certificate of Title.

Accepted by Creditor   ADVANTAGE TOYOTA OF RIVER OAKS   _(signature)_
Creditor   Signature and Title

## NO PUBLIC LIABILITY INSURANCE ISSUED WITH THIS TRANSACTION

This contract is assigned to TMCC subject to repurchase under the terms of the "Seller's Assignment" on the reverse side.   This contract is assigned to TMCC without recourse or with limited recourse under the terms of the "Seller's" ADVANTAGE TOYOTA OF RIVER OAKS

| NA | | NA | | ADVANTAGE TOYOTA OF RIVER OAKS | | _(signature)_ | |
|---|---|---|---|---|---|---|---|
| Seller | By | (If Corp. or Partnership) | (Title) | Seller | By | (If Corp. or Partnership) | (Title) |

ILLINOIS (For use in the State of Illinois)   DISTRIBUTION: WHITE – TMCC COPY; CANARY – SELLER COPY; PINK – 2 BUYER'S COPIES

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 5J8YD4H5XHL000971 | 2017 | ACURA | MDX | UTILITY | 21068693926 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 03/09/21 | 39879 | | | 01/30/21 USED | ORIGINAL |

LEGEND(S)
ACTUAL MILEAGE

MAILING ADDRESS

TOYOTA MOTOR CREDIT CORP
PO BOX 105386
ATLANTA  GA  30348-5386

OWNER(S) NAME AND ADDRESS

KENYATTA HUDDLESTON
1533 BAYTREE DR
ROMEOVILLE IL 60446-4984

FIRST LIENHOLDER NAME AND ADDRESS
TOYOTA MOTOR CREDIT CORP
PO BOX 105386
ATLANTA  GA  30348-5386

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____
Firm Name                    Signature of Authorized Agent                    Date _____

By _____
Firm Name                    Signature of Authorized Agent                    Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____                    Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ NO TENTHS
ODOMETER READING
Signature(s) of Seller(s) _____

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application.*

Printed Name(s) of Seller(s) _____                    DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____                    Printed Name _____



I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO. _____    THE STATE OF ILLINOIS AT SPRINGFIELD


*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

DO NOT DETACH UNTIL SOLD
MUST BE COMPLETED BY SELLER            **NOTICE OF SALE**            SEE INSTRUCTIONS ON REVERSE

| ACURA | 2017 | 5J8YD4H5XHL000971 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____    Name of Buyer _____

Complete Address of Seller _____    Complete Address of Buyer _____

EXHIBIT - C

# J.D. POWER

5/26/2023

J.D. POWER Used Cars/Trucks



## Vehicle Information

| | |
|---|---|
| Vehicle: | 2017 Acura MDX Utility 4D Technology AWD 3.5L V6 |
| Region: | Central |
| Period: | May 26, 2023 |
| VIN: | 5J8YD4H5XHL000971 |
| Mileage: | 82,500 |
| Base MSRP: | $50,360 |
| Typically Equipped MSRP: | $51,455 |
| Weight: | 4,244 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $19,850 | N/A | N/A | **$19,850** |
| Average | $22,000 | N/A | N/A | **$22,000** |
| Clean | $23,800 | N/A | N/A | **$23,800** |
| | | | | |
| Clean Loan | $21,425 | N/A | N/A | **$21,425** |
| Clean Retail | $25,525 | N/A | N/A | **$25,525** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $17,625 | $338 | N/A | **$17,963** |
| Average | $21,025 | $338 | N/A | **$21,363** |
| High | $24,450 | $338 | N/A | **$24,788** |
| **Trade-In** | | | | |
| Rough | $20,225 | N/A | N/A | **$20,225** |
| Average | $22,375 | N/A | N/A | **$22,375** |
| Clean | $24,175 | N/A | N/A | **$24,175** |

**J.D. POWER**

5/26/2023

**J.D. POWER Used Cars/Trucks**

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $21,775 | N/A | N/A | **$21,775** |
| Clean Retail | $25,900 | N/A | N/A | **$25,900** |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

EXHIBIT D

| Creditor: | Toyota Motor Credit Corporation |
|---|---|
| Debtor: | Huddleston, Kenyatta |
| Case No.: | 22-14311 |
| Loan No.: | xxxxxxxx2928 |
| Our File No.: | 3524-N-6559 |
| Collateral: | 2017 OTHER ACURA |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 5/24/2023 |
| Initial Due Date: | 3/16/2021 |
| Due Date Change: | |
| BK Filing Date: | 12/12/2022 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 3/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 3/16/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 4/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 4/19/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 5/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 5/17/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| 6/16/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 6/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| | $ - | 7/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 7/17/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| 8/16/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 8/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| | $ - | 9/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 9/21/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 10/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 10/18/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 11/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 11/29/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 12/16/2021 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 12/24/2021 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 1/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 1/21/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 2/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 3/4/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 3/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 4/13/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 4/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 4/29/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 5/16/2022 | $ - | $ - | $ - | Payment Accrued |
| | $ - | 6/16/2022 | $ - | $ - | $ - | Payment Accrued |
| | $ - | 7/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 7/25/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 8/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 9/16/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 9/16/2022 | $ - | $ - | $ - | Payment Accrued |
| | $ - | 10/16/2022 | $ - | $ - | $ - | Payment Accrued |
| | $ - | 11/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 11/25/2022 | $ 616.77 | | | $ - | $ 616.77 | Funds Received |
| | $ - | 12/16/2022 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| | $ - | 1/16/2023 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 1/20/2023 | $ 617.00 | | | $ - | $ 617.00 | Funds Received |
| | $ - | 2/16/2023 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| | $ - | 3/16/2023 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 3/17/2023 | $ 620.00 | | | $ - | $ 620.00 | Funds Received |
| | $ - | 4/16/2023 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| 4/17/2023 | $ 617.00 | | | $ - | $ 617.00 | Funds Received |
| | $ - | 5/16/2023 | $ 616.77 | $ - | $ (616.77) | Payment Accrued |
| **Total:** | **$ 12,339.09** | | **$ 14,185.71** | **$ -** | **$ (1,846.62)** | |