Form G5 (20200113_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 22-14311 |
| | ) | |
| Kenyatta L. Huddleston, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION
## TO MODIFY THE AUTOMATIC STAY

This case coming before the court on the motion of Toyota Motor Credit Corporation to modify the automatic stay, due notice having been given, and the court being fully advised,

IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit Toyota Motor Credit Corporation to exercise its in rem rights under non-bankruptcy law against the debtor's property described as 2017 OTHER   ACURA, VIN: 5J8YD4H5XHL000971 .

2. Rule 4001(a)(3) does not apply to this order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:

**Prepared by:**
BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com